UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| STEPHANIE M.,<br><br>　　　　　　　Plaintiff,<br><br>　v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>　　　　　　　Defendant. | NO:  1:21-CV-3114-TOR<br><br>ORDER GRANTING STIPULATED MOTION FOR REMAND |

BEFORE THE COURT is the parties' Stipulated Motion for Remand (ECF No. 14).  The parties agreed that this case should be reversed and remanded for further administrative proceedings pursuant to sentence four of 42 U.S.C. § 405(g).

**ACCORDINGLY, IT IS HEREBY ORDERED:**

1. The Parties' Stipulated Motion for Remand (ECF No. 14) is **GRANTED**. This case is **REVERSED** and **REMANDED** under sentence four of 42 U.S.C. § 405(g), for further administrative proceedings and a new decision with respect to Plaintiff Stephanie M.'s application for Disability Insurance Benefits under Title II of the Social Security Act.

ORDER GRANTING STIPULATED MOTION FOR REMAND ~ 1

2. On remand, the new administrative law judge (ALJ) shall:

    a. Further develop the record;

    b. Reevaluate the opinion evidence and the claimant's subjective complaints;

    d. Reevaluate the claimant's impairments at step two;

    e. Reevaluate the claimant's residual functional capacity;

    f. As necessary, obtain supplemental vocational evidence to reassess whether there are jobs in significant numbers that the claimant can do;

    g. Offer the claimant the opportunity for a new hearing and to submit new evidence; and

    h. Issue a new decision.

3. Plaintiff should be entitled to reasonable attorney fees and costs, pursuant to 28 U.S.C. § 2412(d), upon a timely and proper application to this Court.

4. All pending motions, hearings, and the remaining briefing schedule are **VACATED** as moot.

The District Court Executive is hereby directed to file this Order, provide copies to counsel, enter **JUDGMENT** for Plaintiff, and **CLOSE** the file.

DATED May 18, 2022.

THOMAS O. RICE
United States District Judge

ORDER GRANTING STIPULATED MOTION FOR REMAND ~ 2